1
2
3
4
5
6

DRUMMOND LAW FIRM, P.C.
Craig W. Drummond, Esq.
Nevada Bar No. 11109
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
*Attorney for Plaintiff*

7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| KELLI NIBARGER, an individual, | ) |
| | ) |
|     Plaintiff, | )    Case No.:    2:16-cv-02869-JAD-PAL |
| | ) |
|     vs. | ) |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE | ) **STIPULATION AND ORDER TO** |
| INSURANCE COMPANY, a foreign corporation; | ) **EXTEND BRIEFING FOR PLAINTIFF** |
| IVAN GONZALEZ, an individual; J. ERIC | ) **TO RESPOND TO DEFENDANTS'** |
| MORENO, an individual; and DOES I-V; and ROE | ) **MOTION TO DISMISS (DOC. 7).** |
| CORPORATIONS VI-X, inclusive, | ) |
| | ) **(First request)** |
|     Defendants. | ) |

18
19
20

    KELLI NIBARGER ("Plaintiff") and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, IVAN GONZALEZ, and J. ERIC MORENO ("Defendants") stipulate as follows:

21
22
23
24
25
26

    1. On November 9, 2016, Plaintiff commenced an action in Nevada State Court, Eighth Judicial District, entitled KELLI NIBARGER, an individual, Plaintiff, vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; IVAN GONZALEZ, an individual; J. ERIC MORENO, a individual; and DOES I-V; and ROE CORPORATIONS VI-X, inclusive, Defendants, as Case Number A-16-746440-C (the "Action").

27
28

    2. On December 12, 2016, Defendants filed a Notice of Removal of the Action pursuant to 28 U.S.C. § 1332 with the United States District Court for the District of Nevada.

DRUMMOND LAW FIRM
810 S. CASINO CENTER BLVD., SUITE 101
LAS VEGAS, NEVADA 89101
DRUMMONDFIRM.COM

3. On December 12, 2016, Defendants completed the removal process by filing a conformed copy of the Notice of Removal with the Eighth Judicial District Court.

4. On December 16, 2016, Plaintiff filed her Motion to Remand and Award Attorney's Fees and Costs (Doc. 5).

5. On December 20, 2016, Defendants' response to Plaintiff's Motion to Remand and Award Attorney's Fees and Costs was extended to January 6, 2017 via stipulation of the parties and Order of this Honorable Court (Doc. 6 and Doc. 8, respectively).

6. On December 21, 2016, Defendants Ivan Gonzalez and J. Eric Moreno filed the instant Motion to Dismiss (Doc. 7).

7. Due to the prior holidays, as well as the extension of time granted to the Defendants to respond with their relevant opposition to Plaintiff's prior motion, the Parties have agreed that the time for Plaintiff to respond to Defendants' Motion to Dismiss shall be extended by one week, i.e., January 11 2017.

8. The Parties agree that this extension is not for an improper purpose or to delay these proceedings.

Dated this 4th day of January, 2017.

DRUMMOND LAW FIRM, P.C.

    /s/ Craig W. Drummond

By_____

    CRAIG W. DRUMMOND
    Nevada Bar No. 011109
    810 South Casino Center Blvd., Suite 101
    Las Vegas, Nevada 89101
    *Attorney for Plaintiff*

Dated this 4th day of January, 2017.

HALL JAFFE & CLAYTON, LLP

    /s/ Riley A. Clayton

By_____

    RILEY A. CLAYTON
    Nevada Bar No. 005260
    7425 Peak Drive
    Las Vegas, Nevada 89128
    *Attorney for Defendants*

### ORDER

    IT IS SO ORDERED.

    Dated: January 4, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

DRUMMOND LAW FIRM
810 S. CASINO CENTER BLVD., SUITE 101
LAS VEGAS, NEVADA 89101
DRUMMONDFIRM.COM