RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants,*
*State Farm Mutual Automobile Insurance Company,*
*Ivan Gonzalez, and J. Eric Moreno*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLI NIBARGER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; IVAN GONZALEZ, an individual; J. ERIC MORENO, a individual; and DOES I-V; and ROE CORPORATIONS VI-X, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-02869-JAD-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DUE DATE TO FILE REPLY TO RESPONSE TO OPPOSITION TO MOTION TO DISMISS;** *AND* **TO FILE REPLY TO OPPOSITION TO MOTION FOR REMAND (First Request)** |

KELLI NIBARGER ("Plaintiff") and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, IVAN GONZALEZ, and J. ERIC MORENO ("Defendants") stipulate as follows:

1. On December 21, 2016, Defendants filed their Motion to Dismiss (Dkt. 7).

2. On January 11, 2017, Plaintiff filed her Response to Motion to Dismiss (Dkt. 13).

3. The current due date for Defendants to file their Reply to the Response is currently set for January 18, 2017.

4. On December 16, 2016, Plaintiff filed her Motion for Remand and Award Attorneys Fees and Costs (Dkt. 5).

5. On January 6, 2017, Defendants filed the Opposition to Motion for Remand and Award Attorneys fees (Dkt. 12).

6. The current due date for Plaintiff to file her Reply to the Opposition is currently set for

January 13, 2017.

7. The Parties' are currently involved in other matters requiring their immediate attention, and have out of state travel plans during the time that the various Reply briefs are currently due, thereby creating substantial difficulty in timely preparing/filing their Reply briefs.  Given these scheduling conflicts, the Parties have agreed that each should be granted a one week extension of time to file their Reply briefs as follows: (1) Plaintiff shall have until **January 20, 2017,** to file her Reply brief; and (2) Defendants shall have until **January 25, 2017**, to file their Reply brief.

8. The Parties agree that this extension is not for an improper purpose or to delay these proceedings.

Dated this 13th day of January, 2017.              Dated this 13th day of January, 2017.

HALL JAFFE & CLAYTON, LLP                    DRUMMOND LAW FIRM, P.C.


By____/s/ Riley A. Clayton_____           By____/s/ Craig W. Drummond_____
RILEY A. CLAYTON                              CRAIG W. DRUMMOND
Nevada Bar No. 005260                         Nevada Bar No. 011109
7425 Peak Drive                               810 South Casino Center Blvd., Suite 101
Las Vegas, Nevada 89128                       Las Vegas, Nevada 89101
*Attorney for Defendants,*                    *Attorney for Plaintiff*


**ORDER**

IT IS SO ORDERED.




_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January 13, 2017.