UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

KELLI NIBARGER,

Plaintiff,

v.

STATE FARM AUTOMOBILE INSURANCE COIMPANY, et al.,

Defendants.

Case No. 2:16-cv-02869-JAD-PAL

ORDER

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 3) entered December 12, 2016, regarding removal of this case to federal district court. On December 27, 2016, Defendants filed a signed Statement (ECF No. 9) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than February 3, 2017**, which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 20th day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE