RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Defendants,
*State Farm Mutual Automobile Insurance Company,*
*Ivan Gonzalez, and J. Eric Moreno*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KELLI NIBARGER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; IVAN GONZALEZ, an individual; J. ERIC MORENO, a individual; and DOES I-V; and ROE CORPORATIONS VI-X, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-02869-JAD-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, Kellie Nibarger, and Defendants, State Farm Mutual Automobile Insurance Company, Ivan Gonzalez, and J. Eric Moreno, by and through their respective counsel, the Law Office of Craig W. Drummond,, for Plaintiff, and Hall Jaffe & Clayton,

/ / /

/ / /

LLP, for Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 1st day of February, 2017.

HALL JAFFE & CLAYTON, LLP

By */s/ Riley A. Clayton*
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*

DATED this 1st day of February, 2017.

DRUMMOND LAW FIRM, PC

By */s/ Craig W. Drummond*
Craig W. Drummond, Esq.
Nevada Bar No. 011109
810 S. Casino Center Blvd., Suite 101
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

## **O R D E R**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.  All pending motions and stipulations  [ECF No. 5, 7, 20] are DENIED as moot.

Dated: February 1, 2017.

_____
UNITED STATES DISTRICT JUDGE